IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| vs. | § | CRIMINAL NO. 4:23-cr-218 |
| | § | |
| HARDIK JAYANTILAL PATEL and | § | |
| DHIRENKUMAR VISHNUBHAI PATEL | § | |
| | § | |
| *Defendant.* | § | |

## NOTICE OF APPEARANCE

COMES NOW Sara Richey and hereby files this Notice of Appearance as counsel for the Defendant Dhirenkumar Vishnubhai Patel.

Respectfully submitted,

By: */s/ Sara Richey*
Sara Richey
Federal ID No. 1147425
State Bar No. 24068763
11777 Katy Freeway, Suite 335
Houston, TX 77079
(713) 636-9931 – Telephone
sara@thericheylawfirm.com

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing document was served via ECF on this the 18th day of August 2023.

*/s/ Sara Richey*
Sara Richey