United States District Court
Southern District of Texas
**ENTERED**
August 29, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America | § § § | CRIMINAL NO. 4:23–cr–00218 |
| vs. | § § § § § | JUDGE CHARLES ESKRIDGE |
| Dhirenkumar Vishnubhai Patel | | |

## SCHEDULING AND DOCKET CONTROL ORDER

The Defendant has appeared with counsel for arraignment and entered a plea of *not guilty*. The Court ORDERS the following deadlines for further proceedings as follows:

1. September 5, 2023 — **MOTIONS DEADLINE**
   Except for motions to suppress evidence or to dismiss, include certification that the movant and the respondent conferred in good faith and could not agree on proper disposition.

2. October 30, 2023 — **PRETRIAL MATERIALS**

3. November 3, 2023 — **PRETRIAL CONFERENCE** (09:30 AM)
   Appear in Courtroom 9F before Judge Charles Eskridge. *Defendant must be present in person. Parties are required to disclose expert witness information 45-days prior to pretrial conference.*

4. <u>November 7, 2023</u>   **JURY SELECTION AND TRIAL** (09:30 AM)
Not later than five business days before this date each party must file and deliver pretrial materials to the Court as directed in the Court's procedures.

5. <u>No</u>   **SPEEDY TRIAL ACT LIMITS WAIVED?**
Indicate *Yes* or *No*.

6. <u>           </u>   **ESTIMATED TIME FOR TRIAL?**
Indicate the anticipated number of days.

Direct questions about this schedule to:

Jennelle Gonzalez
Case Manager to Hon. Charles Eskridge
Jennelle_Gonzalez@txs.uscourts.gov
(713) 250-5257

Signed on August 29, 2023, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge