## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **vs.** | § | **CASE NO. 4:23-cr-218** |
| | § | |
| **HARDIK JAYANTILAL PATEL** | § | |
| **aka Erik aka Mitesh aka Nick aka Dev and** | § | |
| | § | |
| **DHIRENKUMAR VISHNUBHAI PATEL,** | § | |
| | § | |
| *Defendants.* | § | |

## DEFENDANTS' JOINT UNOPPOSED MOTION TO EXTEND ALL DEADLINES

Defendants Hardik Patel and Dhirenkumar Patel respectfully move that the Court extend the current dates in the Court's scheduling order by 60 days.

On May 17, 2023, a grand jury indicted both defendants for conspiracy to commit mail fraud and wire fraud, mail fraud, and conspiracy to commit money laundering. (Doc. No. 1). Defendants were arrested in Kentucky on August 7, 2023 and subsequently transferred in custody to the Southern District of Texas. (Doc. Nos. 18-19). Further, defendants appeared for their initial appearance and arraignment on August 21, 2023 before Magistrate Judge Ho. The Court set a schedule requiring that pre-trial motions be filed by September 5, 2023, with additional pre-trial and trial deadlines thereafter. (Doc. No. 22).

According to the government, it has assembled and sent discovery materials, which will be received by defendants shortly. The government has represented that the discovery is voluminous. Specifically, the government has indicated that each defendant will receive approximately 1.1 terabytes of data, which includes video files, spreadsheets, text files, Word documents, and PDF files. Because defendants have not yet received discovery, and it appears that once received it will

take some time to review, defendants request a 60 day extension to file pre-trial motions and that all other dates similarly be extended by 60 days.

As stated in the below Certificate of Conference, counsel for the United States has no objection to the requested extension.

WHEREFORE, defendants respectfully request this Court grant their motion for a 60 day extension of all current deadlines.

Respectfully submitted,

**HOLLAND & KNIGHT, LLP**

By:    */s/ Francie Trimble*
       Francie Trimble
       Texas Bar No. 24126448
       Francie.Trimble@hklaw.com
       811 Main Street, Suite 2500
       Houston, Texas 77002
       Telephone: (713) 244-8205
       Facsimile: (713) 821-7001

       Steven A. Block
       (***Pro Hac Vice* Pending**)
       Illinois Bar No. 6269433
       Steven.Block@hklaw.com
       150 N. Riverside Plaza, Suite 2700
       Chicago, Illinois 60606
       Telephone: (312) 715-5799
       Facsimile: (312) 578-6666

       **COUNSEL FOR DEFENDANT**
       **HARDIK PATEL**

By:    */s/ Sara Richey*
       Sara Richey
       Federal ID No. 1147425
       State Bar No. 24068763
       11777 Katy Freeway, Suite 335
       Houston, TX 77079
       (713) 636-9931 – Telephone
       sara@thericheylawfirm.com

       **COUNSEL FOR DEFENDANT**
       **DHIRENKUMAR PATEL**

## <u>CERTIFICATE OF CONFERENCE</u>

I certify that undersigned counsel for Defendant Hardik Patel contacted Stephanie Bauman, counsel for the United States, who stated that the United States is unopposed to defendants' motion.

<u>*/s/ Steven A. Block*</u>
Steven A. Block

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of this above and foregoing document was served via ECF on this 1st day of September, 2023.

<u>*/s/Francie Trimble*</u>
Francie Trimble