United States District Court
Southern District of Texas
**ENTERED**
November 02, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL ACTION NO. H- 23-218 |
| | § | |
| HARDIK JAYANTILAL PATEL, *et al* | § | |

## AMENDED SCHEDULING ORDER

Pending before the Court is Defendant's Joint Unopposed Motion to Extend All Deadlines (Doc. No. 25). The Court GRANTS the motion and enters the following new schedule:

MOTIONS will be filed no later than **January 12, 2024**

RESPONSES will be filed no later than **January 26, 2024**

PRETRIAL CONFERENCE will be held before
Judge Andrew S. Hanen, Courtroom 9D at 8:30 a.m. on **February 12, 2024**

JURY SELECTION and TRIAL is scheduled before
Judge Andrew S. Hanen, Courtroom 9D at 9:00 a.m. on **February 16, 2024**

**DEFENDANT'S PRESENCE IS REQUIRED AT ALL SETTINGS**

SIGNED at Houston, Texas, this _1st_ day of ~~October~~ November 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE