USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION

USAO Number: 2023R04888

Magistrate Number:

SUPERSEDING INFORMATION     Filed

United States Courts
Southern District of Texas
FILED
*December 11, 2023*
Nathan Ochsner, Clerk of Court

No. 4:23-cr-218-S

Judge: Andrew S. Hanen

UNITED STATES of AMERICA

vs.

DHIRENKUMAR VISHNUBHAI PATEL

ATTORNEYS:

**ALAMDAR S. HAMDANI, USA**     **(713) 567-9000**

STEPHANIE BAUMAN, AUSA     (713) 567-9000

Sara Beth Richey     Appt'd ☐  Private ☐

CHARGE:
(TOTAL)
(COUNTS:)
( 1 )

Count 1S: Conspiracy [18 USC § 371]

PENALTY:

Count 1s: Up to 5 years imprisonment; up to $250,000 fine; supervised release term up to 3 years; $100 special assessment.

☑ In Jail   HOUSTON FDC
☐ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: