United States District Court
Southern District of Texas
**ENTERED**
December 11, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO: 4:23-cr-218-S |
| v. | § | |
| DHIRENKUMAR VISHNUBHAI PATEL | § | |

**ORDER FOR ISSUANCE OF NOTICE**

A  SUPERSEDING INFORMATION  has been filed against the defendant who is

☐ Released on Condition   ☑ Detained   ☐ In Custody   It is

ORDERED that a notice be issued for the appearance of said defendant  December 15, 2023

at  2:00 pm  .

SIGNED at Houston, Texas, on  December 11 , 20 23 .

UNITED STATES MAGISTRATE JUDGE