Waver of Ind/SDTX

# UNITED STATES DISTRICT COURT

Southern         **DISTRICT OF**         Texas

**WAIVER OF INDICTMENT**

United States of America

V.

DHIRENKUMAR VISHNUBHAI PATEL

**Case Number:**   4:23-cr-218-S

Defendant(s)

I,    <u>DHIRENKUMAR VISHNUBHAI PATEL</u>  , the above-named defendant, who is accused of

Conspiracy [18 USC § 371]

Being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waived in open court on <u>December 15 2023</u> prosecution by indictment and consent
                                *Date*

that the proceeding may be by information rather than by indictment.

X ̶D̶.̶v̶ ̶P̶a̶t̶e̶l̶
_____
Defendant

_____
Counsel for Defendant

Before: _____
               Judicial Officer